# United States Court of Appeals for the Fifth Circuit

---

No. 25-30390
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**
March 6, 2026

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDWARD J. WEST,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 7:25-MJ-103-1

---

Before HIGGINBOTHAM, ENGELHARDT, and RAMIREZ, *Circuit Judges*.

PER CURIAM:[*]

The attorney appointed to represent Edward J. West has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). West has not filed a response.

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-30390

During the pendency of this appeal, West completed the prison term imposed upon revocation of his probation and was released from custody. Because the sentence did not include an additional term of supervision, this appeal is moot because it does not present a case or controversy. *See Spencer v. Kenma*, 523 U.S. 1, 7-8, 12-14 (1998).

The appeal is DISMISSED as moot, and the motion to withdraw is DENIED as unnecessary.